IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

FRANKIE L. RAINES                                                                  PLAINTIFF

v.                          Case No. 2:13-CV-02167

SHERIFF RON BROWN                                               DEFENDANT

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 12) from Chief United States Magistrate Judge James R. Marschewski. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

Accordingly, IT IS ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Judgment will be entered accordingly.

IT IS SO ORDERED this 25th day of September, 2013.

*/s/ P. K. Holmes,* III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE